UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>COMPUCREDIT CORPORATION, et al.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:08-cv-2270-TWT |

## JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendants' Motion to Dismiss Plaintiff's Consolidated Class Action Complaint, and the court having granted said motion, and Plaintiff having not filed an amended complaint within thirty days of the order, it is

**Ordered and Adjudged** that this action is hereby **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 13th day of January, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   January 13, 2010
James N. Hatten
Clerk of Court

By: _____
Deputy Clerk